IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00139-MR

| | |
|---|---|
| **SAI ROSE,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **AFG DISTRIBUTION, INC.,** ) <br> ) <br> Defendant. ) <br> _____ ) | **AMENDED ORDER** |

**THIS MATTER** is before the Court *sua sponte*.

On July 30, 2024, the Court granted the Plaintiff's Amended Motion to Proceed *In Forma Pauperis*. [Doc. 13]. In light of that Order, the Court hereby enters the following directives regarding the service of process.

**IT IS, THEREFORE, ORDERED** that:

(1)  The Clerk is directed to issue the proposed summons filed by Plaintiff on May 7, 2024. [Doc. 1-3.]

(2)  The Clerk shall deliver process to the United States Marshal for service.

(3)  The United States Marshal shall serve process upon the Defendant at the expense of the United States Government.

Although the United States Marshal shall serve process in this action, it remains the responsibility of the Plaintiff to ensure that process is effected.

**IT IS SO ORDERED.**

Signed: August 19, 2024

Martin Reidinger
Chief United States District Judge