THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00139-MR

| | |
|---|---|
| SAI ROSE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AFG DISTRIBUTION INC., d/b/a ) <br> Pulsar Vaporizers, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The pro se Plaintiff filed his Complaint on May 7, 2024, asserting claims of patent infringement against the Defendant AFG Distribution Inc. [Doc. 1]. On October 21, 2024, the Defendant filed an Answer and Counterclaims against the Plaintiff, seeking declarations of non-infringement. [Doc. 21]. To date, the Plaintiff has not filed a reply to the Defendant's Counterclaims.

Without a reply to these counterclaims, issues in this case cannot join and the case cannot proceed. The Court therefore will order the Plaintiff to file a reply to the Defendant's Counterclaims. The Plaintiff is warned that failure to comply with this Order will result in the entry of default against him

with respect to these Counterclaims and the dismissal of his infringement claims against the Defendant.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the Plaintiff shall file a reply to the Defendant's Counterclaims. **The Plaintiff is warned that failure to comply with this Order will result in the entry of default against him with respect to these Counterclaims and the dismissal of his infringement claims against the Defendant.**

**IT IS SO ORDERED.**

Signed: December 5, 2024

Martin Reidinger
Chief United States District Judge